IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JUSTIN JOHNSON,
on behalf of himself and
all others similarly situated,

    Plaintiff,

vs.                                   CASE NO. 5:10-cv-26/RS-MD

TOYOTA MOTOR CORPORATION and
TOYOTA MOTOR SALES, U.S.A, INC.,

    Defendants.
_____/

## ORDER

The relief requested by Defendants' unopposed Motion to Stay Pending Action by the Judicial Panel on Multidistrict Litigation (JPML) (Doc. 7); and unopposed Motion to Extend Time to Respond to Complaint (Doc. 8) are **GRANTED.** This action is **stayed** pending action by the JPML; Defendants' deadline to respond to the Complaint is extended until fourteen (14) days after the JPML has entered a decision in this matter.

**ORDERED** on April 28, 2010.

                                                /S/ Richard Smoak
                                               **RICHARD SMOAK**
                                               **UNITED STATES DISTRICT JUDGE**